FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GUADALUPE RIVERA<br><br>    Defendant. | Case No. CR 12-634-DMG<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    ( X )    the appearance of the defendant as required; and/or

    B.    ( X )    the safety of any person or the community.

1  The Court concludes that :

2  A.  ( X )  Defendant failed to present clear and convincing evidence to
3           establish that Defendant is not a risk of flight because:
4           <u>Allegations in petition of failure to appear for testing, walk away</u>
5           <u>from residential treatment facility</u>
6           _____
7           _____
8           _____

10 B.  ( X )  Defendant failed to present clear and convincing evidence to
11          establish that Defendant does not pose a risk to the safety of other
12          persons or the community because:
13          <u>Allegations in petition of continued drug use</u>
14          _____
15          _____
16          _____

18     IT IS ORDERED that defendant be detained.

20 DATE: <u>August 14, 2012</u>

                            _____
                            HON. MICHAEL R. WILNER
                            UNITED STATES MAGISTRATE JUDGE